1

2

3

4

5

6                                    ***E-FILED - 3/31/08***

7

8                IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KEVIN O'CONNELL,                )        No. C 01-20863 RMW (PR)
                                      )
12            Petitioner,            )        JUDGMENT
                                      )
13      vs.                           )
                                      )
14   JOE McGRATH, Warden,            )
                                      )
15            Respondent.            )
                                      )
16   _____)

17

18        The court has denied this pro se petition for writ of habeas corpus on the merits.

19   Therefore, judgment is entered in favor of respondent.  The clerk shall close the file.

20

21        IT IS SO ORDERED.

22   DATED: ___3/26/08_____        _____
                                            RONALD M. WHYTE
23                                          United States District Judge

24

25

26

27

28

Judgment
P:\PRO-SE\SJ.Rmw\HC.01\O'Connell863.judgment.HHH.wpd        1